IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DENNIS E MALONE                                                    PLAINTIFF

v.                              Civil No. 4:18-cv-04159

LIEUTENANT GOLDEN ADAMS, Captain,
Miller County Detention Center ("MCDC");
D R MORGAN, Grievance Officer MCDC;
OFFICER D. ROGERS, Sergeant MCDC;
And WARDEN JEFFIE WALKER, MCDC              DEFENDANTS

## ORDER

Plaintiff Dennis E Malone filed this case *pro se* pursuant to 42 U.S.C. § 1983. Before the Court is the issue of attempted service on Defendant D R Morgan.

On December 10, 2018, this Court ordered service on all named defendants at the Miller County Sheriff's Office in accordance with the address provided by Plaintiff in his Amended Complaint. (ECF No. 10). The summons issued to Defendant D R Morgan was returned unexecuted on December 14, 2018, indicating "12/14/2018 Emailed Miller County to verify they would accept service via certified mail for D.R. Morgan. Miller county stated they did not have a staff member named D.R. Morgan". (ECF No. 13).

On January 9, 2019, the Court entered an order directing Plaintiff to supply more information regarding the identity of Defendant D R Morgan such as first name, race, age, height and weight on or before January 30, 2019. (ECF No. 16). The order informed Plaintiff that failure to provide the information by the Court's imposed deadline would result in the dismissal of Plaintiff's claims against D R Morgan. Plaintiff did not provide the Court with any additional information for service on Mr. Morgan.

1

On February 25, 2019, the Court ordered Plaintiff to show cause by March 12, 2019, as to why his claims against Defendant D R Morgan should not be dismissed. (ECF NO. 17). The order advised Plaintiff that failure to do so would result in the dismissal of Plaintiff's claims against D R Morgan. To date, Plaintiff has not responded to the Court's order to show cause.

**Accordingly, the Clerk is DIRECTED to terminate D R Morgan as a Defendant in this lawsuit.**

**IT IS SO ORDERED this 2nd day of April 2019**.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE